IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KENNETH TURNER**                                                                              **PLAINTIFF**

v.                           **CASE NO. 2:24-CV-00183-BSM**

**GURWINDER SINGH**
**and TEG LOGISTICS, LLC**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE